JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN GLODNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation; AND DOES 1-50, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. CV 19-10503-GW-MAAx<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

1

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

Having considered the Stipulation to Dismiss the Entire Action with Prejudice filed by Defendant Travelers Commercial Insurance Company and Plaintiff Dustin Glodney, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice; and
2. Each Party is to bear its own attorneys' fees and costs.

    **IT IS SO ORDERED.**

Dated: December 1, 2020

_____
Honorable George H. Wu
United States District Judge

2

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE